UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                 Criminal Case No. 19-20545
                                   Honorable Linda V. Parker

ANTHONY BOYD,

          Defendant.
_____/

## OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

In 2013, in the District Court for the Southern District of Florida, Defendant pleaded guilty to one count of knowingly and intentionally attempting to possess with intent to deliver a controlled substance in violation of 21 U.S.C. § 841(a)(1). (ECF No. 1-1 at Pg ID 2-6.) The presiding judge then sentenced Defendant to a term of imprisonment of 87 months, followed by a four-year term of supervised released. (*Id.* at Pg ID 8-9.) Petitioner was released from prison on September 27, 2018 (ECF No. 3 ¶ 2), and his supervision was transferred to the Eastern District of Michigan on August 22, 2019 (ECF No. 2). Defendant filed a Motion for Early Termination of Supervised Released on January 29, 2021. (ECF No. 3.) The

government filed a response to the motion on March 15, 2021, indicating that it has no objection to Defendant's request. (ECF No. 6.)

Pursuant to § 3583(e), a district court has the discretion to terminate a term of supervised release after the defendant's completion of one year of his or her supervised release term. 18 U.S.C. § 3583(e)(1). The statute instructs that early termination of supervised release should occur only when the defendant's conduct and the interests of justice warrant such action. *Id*. Here, Defendant has served more than two years of his four-year term of supervised release. He resides in Detroit, sharing a home with one of his adult children, is employed, and attends community college online. Defendant attaches letters from two university professors to his motion, who praise Defendant's intelligence and ability to attain a college education. (ECF No. 3 at Pg ID 28-29.)

The requirements for early termination of Defendant's supervised release as set forth in § 3583(e) are satisfied and the Court finds that the interests of justice are served by now releasing Defendant from supervised release.

Accordingly,

**IT IS ORDERED**, that Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: March 17, 2021

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 17, 2021, by electronic and/or U.S. First Class mail.

                                                  s/ R. Loury  
                                                  Case Manager